UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| KAIA BATTLE, | STIPULATION OF DISMISSAL |
| Plaintiff, | **WITHOUT PREJUDICE** |
| v. | Civil Action No. |
| THE UNITED STATES OF AMERICA, et al. | 25-cv-1166 |
| Defendants. | (Gonzalez, J.) |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
July 22, 2025

RICKNER PLLC
*Counsel for Plaintiff*
14 Wall Street, Suite 4C
New York, New York 10005

By: _____
Sara J. Wolkensdorfer, Esq.
(212) 300-6506
sara@ricknerpllc.com


Dated: New York, New York
July 22, 2025

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY
*Counsel for Defendants*
4 World Trade Center
150 Greenwich Street, 24th Floor
New York, New York 10007

By: _____
David Kromm, Esq.
(212) 435-3483
dkromm@panynj.gov

*Battle v. United States, et al..*, **25-cv-1166 (Gonzalez, J.)**
**Stipulation of Dismissal Without Prejudice**
**Page 2**

Dated: Brooklyn, New York
      July 22, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: /s/ Omar J. Siddiqi
Omar J. Siddiqi
Assistant U.S. Attorney
(718) 254- 6198
Omar.Siddiqi@usdoj.gov